IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>vs.<br><br>Daniel A. Fernandez,<br>  Defendant. | Report No: 00229-2016-MPC055-3C3<br>Criminal No.:<br>Date:<br>**Information**<br>Violation: Title 18 U.S.C. §13, incorporating K.S.A. 8-262 |

The United States Attorney charges that:

## COUNT I

On or about December 6, 2016, at Fort Leavenworth, Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

### DANIEL A. FERNANDEZ,

did operate a motor vehicle while his driver's license was suspended/revoked, in violation of Title 18, United States Code, Section 13, incorporating K.S.A. 8-262. (Class B Misdemeanor)

TOM BEALL
United States Attorney

_____
ALEXANDER M. LANGAN
Special Assistant United States Attorney

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed _____

_____
U.S. Magistrate Judge